Kelly Andrew Beall (SBN 162456)
kabeall@wolfewyman.com
Miguel P. Prietto (SBN 265986)
mpprietto@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile:  (949) 475-9203

Attorneys for Defendants
US BANK, NATIONAL ASSOCIATION
FOR GSR 2005-AR1; and
PNC BANK, NATIONAL ASSOCIATION,
dba PNC MORTGAGE (Named as "PNC
Mortgage a division of PNC Bank")

Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. FRANTZ & JULIE A. FRANTZ,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK, NATIONAL ASSOCIATION FOR GSR 2005-AR1, its successors and/or assigns; PNC MORTGAGE, a division of PNC BANK; All Persons Unknown, Claiming any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Counter Plaintiffs Title, or any Cloud on Counter Plaintiffs Title Thereto; and DOES 1-20, inclusive,,<br><br>Defendants. | Case No. ED-CV-11-0085-JFW(DTBx)<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>Date:       February 28, 2011<br>Time:       1:30 p.m.<br>Crt. Rm.:   16 |

**TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:**

On February 15, 2011, Defendants US BANK, NATIONAL ASSOCIATION FOR GSR 2005-AR1'S and PNC BANK, NATIONAL ASSOCIATION, dba PNC MORTGAGE'S ("Defendants") Motion to Dismiss and Strike Portions of Plaintiffs' First Amended Complaint came before the Honorable John F. Walter.

1

1  The Court having considered the moving papers and finding the matter
2  appropriate for decision without oral argument, granted Defendants' Motion to
3  Dismiss without leave to amend and dismissed the entire action with prejudice.

4  **IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants
5  US BANK, NATIONAL ASSOCIATION FOR GSR 2005-AR1 and PNC BANK,
6  NATIONAL ASSOCIATION, dba PNC MORTGAGE; and that Plaintiffs JOHN C.
7  FRANTZ'S and JULIE A. FRANTZ'S First Amended Complaint is dismissed with
8  prejudice.

9  **IT IS SO ORDERED.**

11  DATED: February 17, 2011          By: /s/
                                            HONORABLE JUDGE OF THE
                                            DISTRICT COURT, JOHN F.
                                            WALTER

16  H:\Matters\National City Bank (1264.002)\251 (Frantz)\Pleadings\[Proposed] Judgment of Dismissal.doc